UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-20 |
| v. | ) | |
| | ) | COLLIER / LEE |
| VINCENT LAMAR FORD | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the five-count
Superseding Indictment; (2) accept Defendant's plea of guilty to Count One of the Superseding
Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Superseding
Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5)
find Defendant shall remain in custody until sentencing in this matter (Court File No. 82).  Neither
party filed a timely objection to the report and recommendation.  After reviewing the record, the
Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court
**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 82)
pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Superseding

    Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Superseding Indictment is

    **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

    Superseding Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Thursday, June 6, 2013 at 9:00 a.m. [EASTERN]**

before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

_**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2